```
                                                        CLERK'S OFFICE U.S. DIST. COURT
                                                              AT ROANOKE, VA
                         IN THE                                    FILED
              UNITED STATES DISTRICT COURT
                         FOR THE                              MAY 2 1 2020
              WESTERN DISTRICT OF VIRGINIA
                   DANVILLE DIVISION                     JULIA C. DUDLEY, CLERK
                                                         BY: /s/ Deputy Clerk
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Criminal No. 4:20CR16 |
| v. | ) |
| | ) All in violation of: |
| KUNTA KINTE DANIELS | ) |
| | ) |
| | ) Title 18 U.S.C. § 924(c)(1)(A) |
| | ) Title 21 U.S.C. § 841(a)(1) |
| | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about March 10, 2020 in the Western District of Virginia, KUNTA KINTE DANIELS did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

1

## COUNT TWO

The Grand Jury further charges that:

3. On or about March 10, 2020 in the Western District of Virginia, KUNTA KINTE DANIELS did knowingly and intentionally possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount cocaine base, a Schedule II Controlled Substance.

4. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT THREE

The Grand Jury further charges that:

5. On or about March 10, 2020, in the Western District of Virginia, KUNTA KINTE DANIELS did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance.

6. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT FOUR

The Grand Jury further charges that:

7. On or about March 10, 2020, in the Western District of Virginia, KUNTA KINTE DANIELS did knowingly possess firearms, to wit, a i) New Frontier Armory model LW-15 multi-caliber rifle; ii) Remington Arms Company model 870 express magnum 12-guage shotgun; iii) Glock model 34 9mm pistol; and iv) Sig Sauer model SP 2022 9mm pistol, in furtherance of

a drug trafficking crime for which he may be prosecuted in a court of the United States, as set forth in Counts One, Two and Three of this Indictment.

8. All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## NOTICE OF FORFEITURE

9. Upon conviction of one or more of the felony offenses alleged in this Indictment, the Defendant shall forfeit to the United States:

   a. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

10. The property to be forfeited to the United States includes but is not limited to the following property:

    **a. Firearms and Ammunition**

    i. New Frontier Armory model LW-15 multi-caliber rifle;
    ii. Remington Arms Company, model 870 Express magnum 12-guage shotgun;
    iii. Glock model 34 9mm pistol;
    iv. Sig Sauer model SP 2022 9mm pistol;
    v. Associated ammunition and magazines.

11. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with a third person;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to

the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL, this 21 day of May, 2020.

s/Grand Jury Foreperson
FOREPERSON

for THOMAS T. CULLEN
UNITED STATES ATTORNEY